**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ELISSA HESS, *as trustee for the EH Living Trust, individually and on behalf of others similarly situated*,

                       Plaintiff,

-against-

ALIBABA GROUP HOLDING LIMITED, DANIEL ZHANG, MAGGIE WU,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



ORDER

21 Civ. 136 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference is adjourned from March 11, 2021 to April 27, 2021 at 10:30 a.m.

Dated: March 3, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE