UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

**ELISSA HESS**
*as Trustee for the EH Living Trust, individually and on behalf of all others similarly situated,*

                          Plaintiff,          ORDER

                 -against-               21 Civ. 136 (GBD)

**Alibaba Group Holding Limited, Daniel Zhang, and Maggie Wu**

                       Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    In light of the parties settlement, the Clerk of the Court is directed to close this case.

Dated: September 4, 2025
New York, New York

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  United States District Judge